**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

ROGERS LEE JACKSON, :
:
    Petitioner, : 1:06-CV-46 (WLS)
: 28 U.S.C. § 2255
v. :
: 1:03-CR-28 (WLS)
UNITED STATES OF AMERICA, :
:
    Respondent. :
:

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed on June 11, 2007. (Doc. 102). It is recommended that Petitioner's Motion to Vacate, Set Aside, or Correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 70) be **DENIED**. *Id.* Defendant timely filed an objection on June 28, 2007. (Doc. 103).

Defendant, via his objection (Doc. 103), states only that he "objects to the Report and Recommendation and respectfully requests that the District Court reconsider the entire matter *de novo*." (Doc. 103).

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 102) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 70) is **DENIED**.

**SO ORDERED**, this   21st   day of May, 2008.

                                              /s/W. Louis Sands
                                    **THE HONORABLE W. LOUIS SANDS,
                                    UNITED STATES DISTRICT COURT**

1